**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: S.S.W., A MINOR | : No. 684 MAL 2021 |
| | : |
| | : |
| PETITION OF: R.W., FATHER | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2022, the Application for Leave to Amend and Petition for Allowance of Appeal are **DENIED.**